WILLIS WARNER *v.* C. W. HUTCHINSON.

**Costs—Scope of Allowance.**

A party held to have no right to complain that costs were not allowed him up to the time of the release of mortgage.

**Pleading—Filing.**

Papers held to be regarded as having been filed.

**Sales—Evidence.**

The evidence held not to show delivery of a certain amount of lumber.

APPEAL FROM HARRISON CIRCUIT COURT.

December 17, 1872.

OPINION BY JUDGE LINDSAY:

Appellant has no right to complain that costs were not allowed him up to the time of the release by Ecklar of his mortgage. At the time he was sued he owed on the mill and other property sold to him by Hutchinson a much larger amount than was due on the mortgage. No fraud was practiced on him in the sale; he knew of the existence of the mortgage, and relied upon Hutchinson to remove it, and there is nothing in this record tending to show that Hutchinson so failed to keep his agreement to do so, as to damage or endanger appellant.

It is also evident that the reply lodged with the papers of the suit was regarded and treated by both parties as filed.  Otherwise appellant would not have taken the numerous depositions to sustain his counterclaim.  Under the proof this counterclaim was properly disallowed.

Appellant fails to establish the delivery to Hutchinson of $200 or $240 worth of lumber after the measurement by Dill.  The evidence of his own interests is unsatisfactory and entitled to but little consideration, and the proof as to his absence in Grant County at the time it is pretended this lumber was delivered, connected with the testimony of the parties having the mill at the same time, shows that it is almost impossible, that any such delivery would have been made.

The testimony fully sustains the judgment of the court below.  It is therefore *affirmed*.

*J. T. McClintock, for appellant.*

*J. Q. Ward, for appellee.*